UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| MOLLY MAGUIRE-HAPGOOD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER FOODS NORTH, LLC, and CHARTER FOODS, INC., <br><br> Defendants. | CIVIL ACTION NO: 2:23-cv-00040 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Molly Maguire-Hapgood ("Plaintiff"), by and through her counsel, notices the Court of her voluntary dismissal of her claims against Defendants Charter Foods North, LLC and Charter Foods, Inc. ("Defendants") without prejudice. Plaintiff dismisses her claims before Defendants have served either an answer or a motion for summary judgment.

Dated: June 6, 2023

Respectfully submitted,

*/s/ Luke Widener*
Luke Widener
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
800 S. Gay St., Ste 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
lwidener@milberg.com

*Counsel for Plaintiff Molly Maguire-Hapgood*